UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
FILLMORE EAST BS FINANCE SUBSIDIARY :
LLC,                                : Case No.: 11 Civ. 4491 (PGG)
                                    :
           Plaintiff,               : ECF Case
                                    :
      -against-                     :
                                    : **STIPULATION AND PROPOSED**
CAPMARK BANK,                       : **ORDER SETTING BRIEFING**
                                    : **SCHEDULE**
           Defendant.               :
---------------------------------x

**WHEREAS**, the parties have stipulated to a briefing schedule for defendant Capmark Bank's ("Defendant") motion to dismiss plaintiff Fillmore East BS Finance Subsidiary LLC's ("Plaintiff") complaint, which briefing schedule was so-ordered by this Court;

**WHEREAS**, the parties wish to amend the briefing schedule;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, as follows:

1. Plaintiff's deadline to serve opposition papers to the motion to dismiss shall be extended to January 6, 2012.

2. Defendant's deadline to serve reply papers, if any, shall be extended to January 27, 2012.

3. This stipulation may be executed in counterpart and a facsimile signature shall be deemed to have the same binding effect on the parties hereto as an original.

{10718535:1}

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11
```

Dated: December 19, 2011

| | |
|---|---|
| **WINDELS MARX LANE & MITTENDORF, LLP** | **REED SMITH LLP** |
| By: _/s/ Mark Slama_ | By: _/s/ Meagan Crowley_ |
| Mark Slama (MS 0403) | Meagan Crowley (MC 5036) |
| 156 West 56th Street | Gil Feder (GF 6550) |
| New York, New York 10019 | 599 Lexington Avenue |
| Tel.: (212) 237-1000 | New York, New York 10022 |
| Fax.: (212) 262-1215 | Tel.: (212) 521-5400 |
| | Fax: (212) 549-5450 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:**

_/s/ Paul G. Gardephe_ Dec. 30, 2011
Paul G. Gardephe, U.S.D.J